WILFORD LINSLY, as Executor of JOHN H. LINSLY, Deceased, Respondent, *v.* STEPHEN G. BOGERT, as Trustee of RICHARD J. MORGAN, Deceased, et al., Respondents, Impleaded with ANN AUGUSTA LINSLY, Appellant.

*Linsly* v. *Bogert*, 87 Hun, 137, affirmed.
(Argued March 11, 1897; decided March 26, 1897.)

APPEAL from a judgment of the General Term of the Supreme Court in the first judicial department, entered June 7, 1895, which affirmed a judgment in favor of plaintiff entered upon the report of a referee.

*Ira D. Warren* for appellant.

*Joseph H. Choate* and *William V. Rowe* for respondents.

Judgment affirmed on opinion below, with costs.
All concur, except MARTIN, J., absent.